FILED

SEP 10 2008

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| In re: TAYLOR S. LANGENDORF. | No. 08-72915 |
| TAYLOR S. LANGENDORF, <br><br> Petitioner, | D.C. No. 3:05-cv-01629-JSW <br> Northern District of California, <br> San Francisco |
| v. | ORDER |
| UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA, <br><br> Respondent, <br><br> RICHARD KIRKLAND, <br><br> Real Party in Interest. | |

Before: PREGERSON, McKEOWN and N.R. SMITH, Circuit Judges.

    The petition for a writ of mandamus is denied without prejudice to the filing of a new petition if the district court has not issued an order reopening docket no. 3:05-cv-1629-JSW within 90 days.

    All other pending motions are denied as moot.

    No motions for reconsideration, modification, or clarification of this order shall be filed or entertained.

rb/MOATT